**SEALED**

**FILED**

AUG 07 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> MARTIN BAUTISTA GUERRERO, and <br> aka Martin Guerrero Bautista, <br> MARIA GUADALUPE MAGANA MAGANA | MJ NO. 2:12-MJ-0203 EFB <br><br> **SEALING ORDER** |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court.

Date: August 7, 2012

_____
EDMUND F. BRENNAN
United States Magistrate Judge

1