BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) MARTIN BAUTISTA GUERRERO, ) aka Martin Guerrero Bautista,) MARIA GUADALUPE MAGANA MAGANA,) ) Defendants. ) _____) | NO. 2:12-MJ-203 EFB  APPLICATION AND ORDER FOR UNSEALING COMPLAINT |

On August 7, 2012, the complaint was filed in the above-referenced case.  Since the defendants have now been arrested, it is no longer necessary for the complaint to be sealed.  The government respectfully requests that the complaint and this case be unsealed.

DATED: August 15, 2012              Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    By:/s/ Jill M. Thomas
                                       JILL M. THOMAS
                                       Assistant U.S. Attorney

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JILL M. THOMAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8               IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )
12          Plaintiff,           )   NO. 2:12-MJ-203 EFB
                                 )
13     v.                        )   ORDER
                                 )   FOR UNSEALING COMPLAINT
14  MARTIN BAUTISTA GUERRERO,    )
     aka Martin Guerrero Bautista,)
15  MARIA GUADALUPE MAGANA MAGANA,)
                                 )
16          Defendants.          )
    _____)
17
18      The government's request to unseal the Complaint and this case
19  is GRANTED.
20  SO ORDERED:
21  DATED: August 15, 2012
22
                    /s/ Gregory G. Hollows
23            UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28
```