PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00305-KJM |
| Plaintiff, | ORDER DISMISSING PETITION |
| v. | DATE: |
| MARTIN BAUTISTA-GUERRERO, | TIME:<br>COURT: Hon. Kimberly J. Mueller |
| Defendant. | |

**ORDER**

Based on the United States's Motion to Dismiss, it is HEREBY ORDERED that the supervised release petition (ECF 38) is dismissed against the above-captioned defendant. The pending bench warrant is RECALLED.

DATED: March 25, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE